# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:11CR206 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | MEMORANDUM |
| ) | AND ORDER |
| JAMES M. WEISS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's objections (Filing No. 15) to the Magistrate Judge's order of detention (Filing No. 13).

Under 28 U.S.C. § 636(b)(1)(A) and NECrimR 59.2, the Court has reviewed the order to which the Defendant objects. A district court may set aside any part of the magistrate judge's order, on a non-dispositive matter, shown to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A).

The Court is unable to review this matter because the record is incomplete. The Defendant has not obtained a transcript of the detention hearing held before Magistrate Judge Thalken.

IT IS ORDERED:

1. The Defendant's objections to the Magistrate Judge's order (Filing No. 15) are denied; and

2. The Magistrate Judge's order of detention (Filing No. 13) is affirmed.

DATED this 1st day of July, 2011.

                                                BY THE COURT:

                                                S/Laurie Smith Camp
                                                United States District Judge